UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2007 AUG 31  PM 3:06

SIGN_____
BY DEPUTY CLERK

ANGELA WATKINS

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY

CIVIL ACTION

NO. 06-529-A

### RULING

The court after carefully considering the complaint, the record, the law applicable to this action, and the Report and Recommendation(doc. 14) of Magistrate Judge Stephen C. Riedlinger dated August 1, 2007, to which no objection has been filed, hereby approves the report and recommendation and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g) the final decision of the Commissioner of Social Security denying the claim of Angela Watkins for supplemental security income (SSI) benefits is hereby affirmed, and this action shall be dismissed.

Baton Rouge, Louisiana, August 31, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA